PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

District Of Connecticut

FILED
2008 APR 10 A 8:36
U.S. DISTRICT COURT

U.S.A. vs. Peters, Michael Wesley    Docket No. 3:07CR00289-016

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Nicole A. Owens, PROBATION OFFICER presenting an official report upon the conduct of defendant Michael W. Peters who was placed under pretrial release supervision by the Honorable William I. Garfinkel, U.S. Magistrate Judge sitting in the court at Bridgeport, Connecticut on the 4th day of April, 2008 under the following conditions:

$ 250,000 bond secured by two real properties in Norwalk, Connecticut and co-signed by Norman and Melvina Peters (parents). In addition to the standard conditions the Court also ordered the following special conditions: 1. The defendant shall report to the Probation Office as directed; 2. The defendant shall be placed in the custody of Melvina Peters who agreed to supervise the defendant in accordance with the conditions of his release; 3. The defendant shall seek/maintain employment; 4. The defendant's travel shall be restricted to the District of Connecticut; 5. The defendant shall have no direct/indirect contact with co-defendants, witnesses or victims associated with the case; 6. The defendant shall refrain from possessing or use of any illegal drug, unless prescribed by a licensed physician; 7. The shall submit to drug testing/treatment at the discretion of the Probation Office; 8. The defendant shall submit to home confinement with a curfew set by the Probation Office to accommodate employment, medical, probation/attorney meetings or Court and 9. The defendant shall surrender his passport and not obtain
a new one while this case is pending.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)
During the above named detention hearing, Your Honor, verbally ordered voice verification monitoring. However, this condition was omitted from the actual conditions of release.

The U.S. Probation Office respectfully recommends that the Court modify the defendant's conditions of release to include voice verification monitoring with the Probation Office to cover the initial monitoring fees. Once the defendant secures stable employment he should assume the responsibility of payment. This condition should be revisited in 90 days.

PRAYING THAT THE COURT WILL ORDER a modification of the defendant's bond to include verification monitoring. The Probation Office shall assume all fees associated with the monitoring program until the defendant secures stable employment. This condition should also be revisited in 90 days.

ORDER OF COURT

Considered and ordered this 8th day of April, 2008 and ordered filed and made a part of the records in the above case.

/S/ William I Garfinkel USMJ
The Honorable William I. Garfinkel
U.S. Magistrate Judge

Respectfully,

Nicole Owens
U.S. Probation Officer

Place U.S. District Court at New Haven, CT

Date April 7, 2008